FILED: January 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1934
(7:22-cv-00284-EKD-CKM)

_____

TED ACORD, as Administrator of the Estate of Michael Acord

    Plaintiff - Appellant

v.

CHAD STILLEY

    Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to supplement the record and accepts the supplement as filed.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk