FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1934
(7:22-cv-00284-EKD-CKM)

_____

TED ACORD, as Administrator of the Estate of Michael Acord

　　Plaintiff - Appellant

v.

CHAD STILLEY

　　Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Thacker, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk